IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENAISSANCE, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>SOFTHEON, INC.,<br><br>      Defendant. | Case No. 8:15-cv-00281-JFB-TDT<br><br>**ORDER OF DISMISSAL** |

This matter came before the Court for consideration this 18th day of August, 2015, upon the parties' Joint Stipulation to Dismiss With Prejudice, seeking dismissal of the above-entitled action, with prejudice, with each party to bear their own costs and attorney fees.

Upon reviewing the Stipulation, the Court hereby dismisses Plaintiff's Complaint with prejudice with each party to pay its own costs and attorneys' fees.

SO ORDERED this 18th day of August, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

4826-5476-5863.1